# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3105

_____

| | | |
|---|---|---|
| Arizona Hall, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| George Lombardi; Cranston Mitchell; | * | Western District of Missouri. |
| R. Dale Riley; Myrna E. Trickey; John | * | |
| Bell; Ernest Cowles; Pat Smith; Jo | * | **[UNPUBLISHED]** |
| Ellen Jones, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: October 7, 1998
Filed: October 16, 1998

_____

Before FAGG, BEAM, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Missouri inmate Arizona Hall appeals the district court's[1] order dismissing his 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915 for failure to state a claim. In his

_____

[1]The HONORABLE SCOTT O. WRIGHT, United States District Judge for the Western District of Missouri, adopting the report and recommendations of the HONORABLE WILLIAM A. KNOX, United States Magistrate Judge for the Western District of Missouri.

complaint, Hall alleged defendants improperly computed his conditional release date, thereby causing him to suffer various deprivations of his constitutional rights. Having carefully reviewed the record, we conclude the judgment of the district court is correct and affirm for the reasons set forth in the district court's order. See 8th Cir. R. 47A(a). We deny Hall's motions on appeal as moot.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.